

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Bettie Hankins, Appellant

No. 06-18-00083-CV        v.

TimePayment Corp., Appellee

Appeal from the County Court at Law No. 1 of Bell County, Texas (Tr. Ct. No. 85504). Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Bettie Hankins, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 11, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk